Case 3:10-cv-00322-MRK   Document 1   Filed 03/04/10   Page 1 of 16



# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DEEPTI OKA,

    Plaintiff,

v.                                                   Case No. 3:10CV322 MRK

NATIONWIDE CREDIT, INC.,

    Defendant.                              March 3, 2010

## NOTICE OF REMOVAL

Defendant, Nationwide Credit, Inc. (NCI), files this Notice of Removal of this action from the State of Connecticut Superior Court, Judicial District of New London at New London, wherein it is pending, to the United States District Court for the District of Connecticut. As grounds for the removal of this action, NCI states as follows:

### I. INTRODUCTION

1.    This action was commenced against NCI in the State of Connecticut Superior Court, Judicial District of New London at New London, Connecticut, by Complaint dated February 1, 2010 and returnable on March 2, 2010. As of this date, no docket number has been assigned to this action in the State Court. On February 4, 2010, service of the Summons and Complaint was

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET • HARTFORD, CONNECTICUT 06103-3598 • (860) 548-1300
JURIS NO. 104083 • FAX NO. (860) 548-0023

made upon the Resident Agent of NCI in Connecticut. A true and correct copy of all process, pleadings and orders served upon NCI are attached as "Exhibit A".

2.  Removal of this case is timely as this notice is filed within thirty (30) days after service of the Summons and the Complaint on NCI. See 28 U.S.C. §1446(b).

## II. JURISDICTION

3.  This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 (federal question jurisdiction).

4.  NCI denies each and every substantive allegation made by the Plaintiff. However, because Plaintiff purports to assert claims arising out of the laws of the United States, this Court possesses jurisdiction over this matter pursuant to 28 U.S.C. §1331.1.

## III.   FEDERAL QUESTION JURISDICTION

5.  Plaintiff's Complaint purports to allege a violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq. Plaintiff states in the Complaint that Plaintiff seeks relief under the FDCPA, 15 U.S.C. §1692 et seq. and states in the Complaint that NCI violated the FDCPA. (Exhibit A, pages 3-4, Complaint.).

6.  To the extent Plaintiff attempts to state a claim under the FDCPA, this Court has jurisdiction under 28 U.S.C. §1331 (federal question jurisdiction). It is well recognized that actions filed in state courts that purport to state claims under the FDCPA may be removed from

2

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

state court to federal court. See, *Philbin v. Trans Union Corp.*, 101 F.3d 957 (3rd Cir. 1996); *Gray v. American Express Company*, 743 F.2d 10 (D.C. Cir. 1984). NCI denies Plaintiff can state a claim under the FDCPA.

### IV. CONCLUSION

7. A true and correct copy of this Notice of Removal has been filed with the State of Connecticut Superior Court, Judicial District of New London at New London, and served upon all counsel of record.

8. NCI respectfully requests the opportunity to brief and argue before this Court any issues or questions concerning the removal of this case in the event remand is sought by Plaintiff or otherwise visited by this Court.

Wherefore, Defendant, Nationwide Credit, Inc. requests that the above referenced case now pending in State of Connecticut Superior Court, Judicial District of New London at New London be removed to the United States District Court for the District of Connecticut.

Dated: March 3, 2010

Respectfully submitted,
O'CONNELL, FLAHERTY & ATTMORE, L.L.C.

By: _____
Attorney Claudia M. Sklar (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT 06103
Phone: (860) 548-1300
Fax:    (860) 548-0023

Email: csklar@ofalaw.com
www.ofalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2010, I served via USPS, first class mail, postage prepaid, a copy of the foregoing Notice of Removal by Nationwide Credit, Inc. with attachments to:

Theresa Rose DeGray
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
*Attorney for Plaintiff*

By: _____
Attorney Claudia M. Sklar (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT 06103
Phone: (860) 548-1300
Fax: (860) 548-0023
Email: csklar@ofalaw.com
www.ofalaw.com

# EXHIBIT A



## CT Corporation

**Service of Process Transmittal**
02/04/2010
CT Log Number 516111427

**TO:** Lucrece Guy
OCWEN FINANCIAL CORPORATION
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**RE:** Process Served in Connecticut

**FOR:** Nationwide Credit, Inc. (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Deepti Oka, Pltf. vs. Nationwide Credit, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Statement, Exhibits |
| **COURT/AGENCY:** | New London at New London Superior Court Judicial District, CT
Case # None Specified |
| **NATURE OF ACTION:** | Monies Due and Owing - Violation of Fair Debt Collection Practices |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/04/2010 at 12:30 |
| **APPEARANCE OR ANSWER DUE:** | 03/02/2010 - summons // on or before the second day after the Return Date - file an appearance form |
| **ATTORNEY(S) / SENDER(S):** | Theresa Rose DeGray
Consuemr Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
203-458-8200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2010, Expected Purge Date: 02/09/2010
Image SOP
Email Notification, lit- intake lit-intake@ocwen.com
Email Notification, Lucrece Guy lucrece.guy@ocwen.com
Email Notification, Janet DeYoung jdeyoung@ncirm.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Gary Scappini |
| **ADDRESS:** | One Corporate Center
Floor 11
Hartford, CT 06103-3220 |
| **TELEPHONE:** | 860-724-9044 |

Page 1 of 1 / AF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 70 Huntington Street, New London, CT 06437 | (860) 443-5363 | March 2, 2010 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New London | Case type code (See list on page 2) Major: C   Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Legal Services, LLC, 29 Soundview Road Suite 11B, Guilford, CT 06437 | 430221 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (203) 458-8200 | |

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Oka, Deepti  Address: 8 Pond Edge Drive, Waterford, CT 06385-4139 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Nationwide Credit, Inc.  Address: 2015 Vaughn Road NW BLD 400, Kennesaw, GA 30144 | D-50 |
| Additional Defendant | Name:  Address: | D-51 |
| Additional Defendant | Name:  Address: | D-52 |
| Additional Defendant | Name:  Address: | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Theresa Rose Nickols DeGray | Date signed  02/01/2010 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

ATTEST: A TRUE COPY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
|---|
| David Fry, 766 Totoket Road, Northford, CT 06472 |

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Date  02/01/2010 |
|---|---|---|

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY
Docket Number

(Page 1 of 2)

| RETURN DATE: MARCH 2, 2010 | : | SUPERIOR COURT |
| --- | --- | --- |
| OKA, DEEPTI | : | J. D. OF NEW LONDON |
| V. | : | AT NEW LONDON |
| NATIONWIDE CREDIT, INC. | : | FEBRUARY 1, 2010 |

## COMPLAINT

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. §36a-800 et seq., §36a-645 et seq. and §42-110a et seq.) (hereinafter referred to as the "C.G.S."), the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.) (hereinafter referred to as the "FDCPA").

2. The Court has jurisdiction pursuant to 15 U.S.C. §1692K and 28 U.S.C §§1331 and 1367.

3. The Plaintiff is a consumer debtor and/or consumer as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq.) and/or the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.), residing in Waterford, Connecticut.

4. The Defendant has a business address of 2015 Vaughn Road NW BLD 400, Kennesaw, GA 30144, and is a debt collector as defined by the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.).

5. The Plaintiff received a dunning letter from the Defendant dated January 17, 2009, regarding an alleged debt owed by the Plaintiff to American Express, a copy of which is attached hereto a Exhibit A.

6. On February 10, 2009, the Plaintiff sent correspondence to the Defendant by facsimile for the following reasons: (a) notifying the Defendant that the Plaintiff disputed the alleged debt, and (b) requesting from the Defendant information regarding the alleged debt; a copy of which is attached as Exhibit B along with the fax transmittal confirmation receipt therefor.

7. Pursuant to statutory law, the Defendant should then have ceased all collection of the alleged debt until such time as the Defendant provided to the Defendant all of the requested information outlined in Exhibit B.

8. However, the Plaintiff received another dunning letter from the Defendant dated February 17, 2009, regarding the same alleged debt owed by the Plaintiff to American Express, a copy of which is attached hereto a Exhibit C.

9. The Defendant has failed to attempt to validate the debt to date.

10. Any, and all of the Defendant's acts, or omissions to act, averred in this complaint are harassing, oppressive, unfair, deceptive and/or unconscionable.

11. Any, and all of the Defendant's acts, or omissions to act, averred in this complaint caused damage to the Plaintiff.

12. The Defendant's acts, or omissions to act, violated the Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

13. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

WHEREFORE, the Plaintiff claims:

1. Money damages;
2. Statutory damages of up to $1,000.00;
3. Attorneys fees;
4. Such other relief as the Court may find in law or equity.

                        THE PLAINTIFF
                        Deepti Oka

By: _____
      THERESA ROSE DEGRAY
      Consumer Legal Services, LLC
      29 Soundview Road, Suite 11B
      Guilford, CT 06437
      Tel: 203-458-8200
      Fax: 203-738-1062
      Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: MARCH 2, 2010 | : | SUPERIOR COURT |
| OKA, DEEPTI | : | J. D. OF NEW LONDON |
| V. | : | AT NEW LONDON |
| NATIONWIDE CREDIT, INC | : | FEBRUARY 1, 2010 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                              THE PLAINTIFF
                              Deepti Oka

            By:     _____
                              THERESA ROSE DEGRAY
                              Consumer Legal Services, LLC
                              29 Soundview Road, Suite 11B
                              Guilford, CT 06437
                              Tel: 203-458-8200
                              Fax: 203-738-1062
                              Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY



# NATIONWIDE CREDIT, INC.

2015 VAUGHN RD NW, STE 400, KENNESAW GA 30144-7802
1-866-479-7925

01/17/2009

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC, 371348166571004
BAL: $4,471.45

An opportunity to put your debt behind you
Call 1-866-479-7925

720-612-7399

Since your outstanding balance with the above noted American Express account is past due, American Express referred it to our company. At NATIONWIDE CREDIT, INC., we know you want to put this debt behind you, so we ask that you remit payment in full of any undisputed amount, payable to American Express, in the enclosed envelope. American Express authorized us to offer a range of payment options they created to assist you in the event you are unable to remit payment in full of any undisputed amount. Please call us toll free at 1-866-479-7925 so that we can help you take advantage of these options and work with you to create a workable solution.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

The total account balance as of the date of this letter is shown above. Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

---

**PERSONAL AND CONFIDENTIAL**

PO BOX 740640
ATLANTA GA 30374-0640

FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE
ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE
THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
023/A01A/A01/01/17/2009

T100

*09018148560*
DEEPTI OKA
8 POND EDGE DR
WATERFORD CT 06385-4139

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02128001D |
|---|---|
| ID NUMBER: | 09018148560 |
| ACCOUNT NO: | 371348166571004 |
| BALANCE DUE: | $4,471.45 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

A01A

NATIONWIDE CREDIT, INC.
PO BOX 740640
ATLANTA GA 30374-0640

01 09018148560 8

Exhibit B
page 1 of 2

## Deepti Oka
## 8 Pond Edge Dr.
## Waterford, CT 06385-4139

February 10, 2009

To: Nationwide Credit, Inc.
Alleged Creditor: American Express Travel
Account No.: 371348166571004

Dear Sir/Madame:

I am in receipt of your letter. I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Terms of the agreement / Rights of the original creditor
3) Copies of all signed receipts
4) A breakdown of all the debt.

Upon receipt of the above I will review the information and advise.

Thank you for your attention to this matter.

Sincerely,

*Deepti Oka*



Exhibit B

Page 2 of

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for

Feb 08 2009 10:31am

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Feb 8 | 10:31am | Sent | *6717706127399 | 0:25 | 1 | OK |

Result:
OK - black and white fax

03/11/2009 13:44 6606624149 Case 3:10-cv-00322-MRK Document 1 Filed 03/04/10 Page 15 of 16 PAGE 05/05
75492.2009020709606.01677

Exhibit C

# NATIONWIDE CREDIT, INC.

**NCI**
2015 VAUGHN RD NW, BLD 400, KENNESAW GA 30144-7801
MONDAY-FRIDAY, 8AM TO 5PM EST 1-866-479-7925

02/17/2009

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC, 371348166571004
BAL: $4,471.45

We previously notified you regarding the outstanding balance of $4,471.45 on your American Express account. Requests for payment have gone unanswered, however, we remain willing to work with you to resolve your debt.

### Help is only one call away.

To discuss your account and all payment options, please contact us directly at 1-866-479-7925. Our business hours are Monday-Friday, 8AM To 5PM EST. We are confident we can assist you in resolving your balance and help you choose a payment option that best fits your needs. Depending on your financial situation, we can also discuss the following opportunities:

A. OPTIMA – An opportunity to re-establish credit with American Express
B. American Express Gift Card – Immediately paying the full balance may qualify you to receive an American Express Gift Card.

### Call Us Today

This is a Limited Time Offer – Call Us Today.

The total account balance as of the date of this letter is shown above. Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

---

**PERSONAL AND CONFIDENTIAL**

PO BOX 740640
ATLANTA GA 30374-0640

FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
023/A78/151/02/17/2009

1677

*09018148560*
DEEPTI OKA                              A78
8 POND EDGE DR
WATERFORD CT 06385-4139

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02128001D |
|---|---|
| ID NUMBER: | 09018148560 |
| ACCOUNT NO: | 371348166571004 |
| BALANCE DUE: | $4,471.45 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

NATIONWIDE CREDIT, INC.
PO BOX 740640
ATLANTA GA 30374-0640

01 09018148560 6



# CONSUMER LEGAL SERVICES, LLC

SENT VIA FAX AND TO CT STATE MARSHAL FOR SERVICE

February 1, 2010

Nationwide Credit, Inc.
2015 Vaughn Road NW BLD 400
Kennesaw, GA 30144

      Re:    Oka v. Nationwide Credit, Inc.

Dear Sir or Madam:

      Please be advised that this law firm represents Deepti Oka.

      We believe you have violated the Connecticut General Statutes and/or the Fair Debt Collection Practices Act with regard to your attempt to collect the alleged debt to American Express account number 371348166571004.

      Enclosed herewith please find a courtesy Writ, Summons and Complaint which will be served upon your company shortly.

      If you are interested in a prompt settlement of this matter, please contact the undersigned attorney immediately. If we do not hear from you within a reasonable time, we will assume you are not interested in settlement and we will then continue to pursue legal recourse accordingly.

Sincerely,
CONSUMER LEGAL SERVICES, LLC

THERESA ROSE DEGRAY
Attorney at Law

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

---

**Theresa Rose DeGray**

Attorney at Law
Admitted in CT and MA

29 Soundview Road, Suite 11B • Guilford, CT 06437

Phone: 203-814-0600 • Fax: 203-738-1052

Email: TRD@ConsumerLegalServicesLLC.com