UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEEPTI OKA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:10cv00322-MRK |
| NATIONWIDE CREDIT, INC. ) | |
| ) | |
| Defendant ) | April 29, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed.R.Civ.P. 41 (a)(1)(ii), it is hereby stipulated by all parties appearing in action that the above-entitled action be dismissed with prejudice and without payment of costs by any party for all parties.

Dated: April 29, 2010

PLAINTIFF,
DEEPTI OKA
By _____
Theresa Rose ##### DeGray, Esq.
(ct _28152_ )
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437
Tel: (203) 458-8200
Fax: (203) 738-1062
trdegray@gmail.com

DEFENDANT,
NATIONWIDE CREDIT, INC.
By _____
Claudia M. Sklar, Esq. (ct08246)
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103
Tel: (860) 548-1300
Fax: (860) 548-0023
csklar@ofalaw.com